# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 302-LHT-DSC

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>ALLEN BAKER, et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on Bettie Kelley Sousa's "Application for Admission to Practice *Pro Hac Vice"* of Craig A. Leslie, document #8 filed August 7, 2009. It appearing that Craig A. Leslie is a member in good standing with the New York Bar and will be appearing with Bettie Kelley Sousa, a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Bettie Kelley Sousa's "Application for Admission to Practice *Pro Hac Vice"* of Craig A. Leslie, document #8, is **GRANTED**, and that Craig A. Leslie is **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Bettie Kelley Sousa.

**SO ORDERED**.

Signed: August 7, 2009

David S. Cayer
United States Magistrate Judge