**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv302**

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, )<br>LLC, formerly FORD MOTOR CREDIT )<br>COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALLEN BAKER, RONALD )<br>RAVENSTEIN, RONALD THOMAS, )<br>and ORIN SMITH, )<br>)<br>Defendants. )<br>) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this civil action on August 7, 2009, against the Defendants Allen Baker, Ronald Ravenstein, Ronald Thomas, and Orin Smith to enforce its rights under guaranties executed by the Defendants and to recover damages against the Defendant based upon their breach of those guaranties. [Doc. 1]. Affidavits of Service filed by the Plaintiff reflect that the Defendant Orin Smith was served with process on August 19, 2009 [Doc. 10]; that the Defendant Allen Baker was served with process on

August 27, 2009 [Doc. 11]; and that the Defendants Ronald Thomas and Ronald Ravenstein were served with process on August 28, 2009 [Docs. 13, 14]. To date, none of the Defendants have filed an answer or otherwise responded to the Plaintiff's Complaint. The Plaintiff, however, has not sought entry of default with respect to any of these Defendants. In fact, the Plaintiff has taken no action in the prosecution of this case since the filing of the Affidavits of Service. Accordingly,

**IT IS, THEREFORE, ORDERED** that the plaintiff shall show cause within ten (10) days of the entry of this Order why this entire action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Signed: December 10, 2009

Martin Reidinger
United States District Judge