# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv302

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, formerly FORD MOTOR CREDIT COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| ALLEN BAKER, RONALD RAVENSTEIN, RONALD THOMAS, and ORIN SMITH, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## J U D G M E N T

**THIS MATTER** is before the Court on the Application for Default Judgment filed by the Plaintiff Ford Motor Credit Company, LLC, formerly Ford Motor Credit Company. [Doc. 18].

**THAT WHEREAS** it has been made to appear to the undersigned that a Complaint was filed and summons issued in this action, and said summons, together with a copy of said Complaint, was served on the each of Defendants;

And it further appearing that no answer, motion to dismiss, or pleading has been filed by any of the Defendants, that no extension of time to file pleadings has been sought or granted, that the time for pleading or otherwise defending has expired, and that the default of the Defendants has been entered according to Rule 55(a) of Federal Rules of Civil Procedure [Doc. 17];

And it further appearing that the amounts of the requested judgments sought by the Plaintiff have been provided through the affidavits of Craig A. Leslie, Esq. and Brad Hartz in support of the Application for Default Judgment;

And it further appearing that pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and with good cause shown, the Plaintiff is entitled to a default judgment;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover judgment as follows:

(1) Against the Defendants Allen Baker, Ronald Ravenstein and Ronald Thomas in the amount of $951,003.89, which includes interest, costs, and attorneys' fees through and including December 31, 2009, plus interest at the per

diem rate of $218.61 from December 31, 2009 to the date of this Judgment; and

(2) Against the defendant Orin Smith in the amount of $77,647.70, which includes interest, costs, and attorneys' fees through and including December 31, 2009, plus interest at the per diem rate of $19.03 from December 31, 2009 to the date of this Judgment.

**IT IS SO ORDERED**.

Signed: March 3, 2010

Martin Reidinger
United States District Judge